UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 15-33286-H2-7 |
|---|---|---|
| | § | |
| JMC Title of Texas, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lowell T. Cage, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $337,491.63 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $58,049.86 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $89,410.46 | | |

3)   Total gross receipts of $4,953,388.36 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,805,928.04 (see **Exhibit 2),** yielded net receipts of $147,460.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $196,393.00 | $20,457.44 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $89,410.46 | $89,410.46 | $89,410.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $110,170.00 | $3,843.62 | $3,843.62 | $3,843.62 |
| General Unsecured Claims (from **Exhibit 7**) | $70,000.00 | $351,276.06 | $350,776.06 | $54,206.24 |
| **Total Disbursements** | $376,563.00 | $464,987.58 | $444,030.14 | $147,460.32 |

    4). This case was originally filed under chapter 7 on 03/09/2015. The case was pending for 50 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: 05/09/2019        By:  /s/ Lowell T. Cage  
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Computers and equipment, printers, fax machine, shelving, cords, etc. | 1129-000 | $1,100.00 |
| Comerica Bank Operating Account xx1293 | 1229-000 | $52,915.45 |
| Comerica Bank Escrow Account managed by former Trustee Kenneth W. Gordon | 1290-000 | $94,383.79 |
| Subpoena Appearance Fee - Case No. 4:16-CV-00834; Claude Eldridge IV and Cassandra Eldridge vs. Westcor Land title Insur | 1290-000 | $40.00 |
| Capital One Escrow Account managed by former Trustee Kenneth W. Gordon | 1290-002 | $4,804,949.12 |
| **TOTAL GROSS RECEIPTS** | | **$4,953,388.36** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Cardinal Financial Company, LP | Funds to Third Parties | 8500-002 | $4,741,321.81 |
| Craig & Sheryl Bowman | Funds to Third Parties | 8500-002 | $5,857.97 |
| Dufour Closing ck #5009 | Funds to Third Parties | 8500-002 | $4,169.19 |
| Family Life Assembly of God | Funds to Third Parties | 8500-002 | $10,000.00 |
| Jeramy & Erin Martin | Funds to Third Parties | 8500-002 | $3,680.73 |
| John & Karin Schardein | Funds to Third Parties | 8500-002 | $9,463.39 |
| Jonathan & Ashley DaSilve | Funds to Third Parties | 8500-002 | $8.00 |
| Kedar Deshpande | Funds to Third Parties | 8500-002 | $295.25 |
| Nassar/Ismael closing ck #5011 | Funds to Third Parties | 8500-002 | $12,123.36 |
| Naushad Dhanani | Funds to Third Parties | 8500-002 | $1,206.78 |
| Richard Hughes | Funds to Third Parties | 8500-002 | $8,848.50 |
| Thomas A. Kiel | Funds to Third Parties | 8500-002 | $4,209.21 |
| Timothy & Anne Clarke | Funds to Third Parties | 8500-002 | $4,743.85 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,805,928.04** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Baytree National Bank & Trust Co. | 4110-000 | $0.00 | $20,457.44 | $0.00 | $0.00 |
| | Ally Financial | 4110-000 | $19,393.00 | $0.00 | $0.00 | $0.00 |
| | Baytree Financial | 4110-000 | $22,000.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---:|---:|---:|---:|
| | Comerica Bank | 4110-000 | $80,000.00 | $0.00 | $0.00 | $0.00 |
| | De Lage Landen Financial Services | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Regions Bank, N.A. | 4110-000 | $75,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $196,393.00 | $20,457.44 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---:|---:|---:|---:|
| Cage, Hill & Niehaus L.L.P., Trustee | 2100-000 | NA | $10,623.02 | $10,623.02 | $10,623.02 |
| Cage, Hill & Niehaus L.L.P., Trustee | 2200-000 | NA | $271.61 | $271.61 | $271.61 |
| International Sureties, Ltd | 2300-000 | NA | $191.46 | $191.46 | $191.46 |
| Integrity Bank | 2600-000 | NA | $4,550.13 | $4,550.13 | $4,550.13 |
| GPOC, LLC | 2990-000 | NA | $12,500.00 | $12,500.00 | $12,500.00 |
| Stewart Title Insurance Co | 2990-000 | NA | $50.00 | $50.00 | $50.00 |
| Attorney for Trustee | 3110-000 | NA | $51,692.50 | $51,692.50 | $51,692.50 |
| Attorney for Trustee | 3120-000 | NA | $1,576.08 | $1,576.08 | $1,576.08 |
| Accountant for Trustee | 3410-000 | NA | $7,715.50 | $7,715.50 | $7,715.50 |
| Accountant for Trustee | 3420-000 | NA | $75.16 | $75.16 | $75.16 |
| Webster's Auction Palace, Auctioneer for Trustee | 3610-000 | NA | $165.00 | $165.00 | $165.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $89,410.46 | $89,410.46 | $89,410.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | Texas Workforce Commission, Special Actions Unit | 5800-000 | $0.00 | $3,843.62 | $3,843.62 | $3,843.62 |
| | Internal Revenue Service | 5800-000 | $110,170.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $110,170.00 | $3,843.62 | $3,843.62 | $3,843.62 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Comerica Bank | 7100-000 | $0.00 | $80,091.30 | $80,091.30 | $12,376.69 |
| 4 | Texas Title Insurance Guaranty Association | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Texas Title Insurance Guaranty Association | 7100-000 | $0.00 | $500.00 | $0.00 | $0.00 |
| 6 | Westcor Land Title Insurance Co. | 7100-000 | $0.00 | $78,388.43 | $78,388.43 | $12,113.55 |
| 7 | Legacy Tech III Associates Limited Partnership | 7100-000 | $0.00 | $125,000.00 | $125,000.00 | $19,316.54 |
| 8 | FedEx Tech Connect, Inc. | 7100-000 | $0.00 | $22,738.76 | $22,738.76 | $3,513.87 |
| 9 | Pathway Forensics, LLC | 7100-000 | $0.00 | $3,600.00 | $3,600.00 | $556.32 |
| 10 | GPOC,LLC | 7100-000 | $0.00 | $40,957.57 | $40,957.57 | $6,329.27 |
|  | GPOC LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Hansen Partners | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Lynn Tillotson Pinker Cox | 7100-000 | $70,000.00 | $0.00 | $0.00 | $0.00 |
|  | Omran at Cinco Professional Plaza LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Russ Diederich | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $70,000.00 | $351,276.06 | $350,776.06 | $54,206.24 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 15-33286-H2-7 | Trustee Name: | Lowell Cage |
| Case Name: | JMC TITLE OF TEXAS, LLC | Date Filed (f) or Converted (c): | 03/09/2015 (f) |
| For the Period Ending: | 5/9/2019 | §341(a) Meeting Date: | 07/16/2015 |
| | | Claims Bar Date: | 11/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Comerica Bank Operating Account xx1293  (u) | $53,068.62 | $52,915.45 | | $52,915.45 | FA |
| **Asset Notes:**  Request for turnover sent to Comerica 04/13/16; part of this is Comerica Escrow Acct #3594 | | | | | |
| 2  Security Deposits (440 Cobia Drive, Katy $2500); Regus Woodway Center $3816; Chapel Hills Apts Plano $1800 | $8,116.00 | $0.00 | | $0.00 | FA |
| 3  Wall art, decorative mirrors, sconces and candles, mirrored fan/separator, wooden wall art, silk plants | $485.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandonment filed 07/06/15 (doc #96) | | | | | |
| 4  Children's toys for lobby area | $20.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandonment filed 07/06/15 (doc #96) | | | | | |
| 5  25 x Resware Title Software Licenses | Unknown | $0.00 | | $0.00 | FA |
| 6  Texas Title Insurance Agent License | Unknown | $0.00 | | $0.00 | FA |
| 7  2012 Acura TL 19UUA8F20CA003714 (40k miles) | $18,465.00 | $0.00 | | $0.00 | FA |
| 8  Office equipment, furnishings, and supplies | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandonment filed 07/06/15 (doc #96); Abandonment filed 07/23/15 (doc #109) | | | | | |
| 9  Refrigerators, ice-maker, dishwasher, microwaves | $650.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandonment filed 07/06/15 (doc #96); Abandonment filed 07/23/15 (doc #109) | | | | | |
| 10  Copiers and printers | $19,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandonment filed 07/06/15 (doc #96); Abandonment filed 07/23/15 (doc #109) | | | | | |
| 11  Computers and equipment, printers, fax machine, shelving, cords, etc. | $2,245.00 | $1,100.00 | | $1,100.00 | FA |
| **Asset Notes:**  Abandonment filed 07/06/15 (doc #96); Abandonment filed 07/23/15 (doc #109); copier leases through Del Lage Landen Financial Services; Order Authorizing Sale at Auction entered 07/29/16 (doc #152) - auction is set for 08/28/16 | | | | | |
| 12  Comerica Escrow Acct #3594 ($7902.92 of which $6200 is believed to be owed to JMC)  (u) | $6,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  added/amended 07/22/15 (doc #108); TLW:  Gordon put this money in with the large Comerica escrow account when he turned it over to us. | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2   Exhibit 8

| Case No.: | 15-33286-H2-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | Date Filed (f) or Converted (c): | 03/09/2015 (f) |
| For the Period Ending: | 5/9/2019 | §341(a) Meeting Date: | 07/16/2015 |
| | | Claims Bar Date: | 11/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 Comerica Escrow Acct #1095 mis-styled "payroll account" really for recording fees. Balance of $1076.50 none of which is believed to be JMC's) (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: added/amended 07/22/15 (doc #108) | | | | | |
| 14 Comerica Escrow Acct #7801 (Balance of $45844.63 consists entirely of underwriter remittance for premium - not believed to be owned by JMC) | $45,844.63 | $0.00 | | $0.00 | FA |
| Asset Notes: added/amended 07/22/15 (doc #108) | | | | | |
| 15 Comerica Escrow Acct #7959 (Balance $238,711 - all funds held for other people) (u) | $238,711.00 | $0.00 | | $0.00 | FA |
| Asset Notes: added/amended 07/22/15 (doc #108) | | | | | |
| 16 Surety Bond #70739477 issued by Western Surety in the Amount of $100,000 payable to Texas Dept of Insurance (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: added/amended 07/22/15 (doc #108) | | | | | |
| 17 Surety Bond #70739471 issued by Western Surety in the amount of $50,000 payable to Texas Dept of Insurance (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: added/amended 07/22/15 (doc #108) | | | | | |
| 18 General Liability Policy B101327 Liberty Mutual - Peerless Indemnity Company. $4mil aggregate limit (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: added/amended 07/22/15 (doc #108) | | | | | |
| 19 Capital One Escrow Account managed by former Trustee Kenneth W. Gordon (u) | $0.00 | $0.00 | | $4,804,949.12 | FA |
| Asset Notes: Escrowed funds which were non-compensable | | | | | |
| 20 Comerica Bank Escrow Account managed by former Trustee Kenneth W. Gordon (u) | $0.00 | $93,404.87 | | $94,383.79 | FA |
| 21 Real Property in Elmira, NY (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: Notice of Abandonment filed 07/26/16 (doc #151); marginal equity and deed not recorded | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3      Exhibit 8

| Case No.: | 15-33286-H2-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | Date Filed (f) or Converted (c): | 03/09/2015 (f) |
| For the Period Ending: | 5/9/2019 | §341(a) Meeting Date: | 07/16/2015 |
| | | Claims Bar Date: | 11/03/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | 3231 Allen Parkway, Unit 1109, of Reata at River Oaks (condo) (u) | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandonment filed 02/01/17 (doc #166); liens in excess of FMV | | | | | |
| 23 | Subpoena Appearance Fee - Case No. 4:16-CV-00834; Claude Eldridge IV and Cassandra Eldridge vs. Westcor Land title Insurance Cmopany (u) | $0.00 | $40.00 | | $40.00 | FA |
| Asset Notes: | LTC as "custodian of records" for JMC Title | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**
                               $392,805.25                    $147,460.32                                     $4,953,388.36                              $0.00

**Major Activities affecting case closing:**

| 06/26/2018 | TFR submitted to UST on 06/26/18. |
|---|---|
| 03/31/2017 | Objection to claim of Texas Title Guaranty pending. Will probably be resolved within next month. We are also a nominal party to a TDI action against the principals of the Debtor. It is unknown whether we have to keep the case open for that. If we do, earliest closing is likely to be next year. (TLW) |
| 08/16/2016 | Elmira real property abandoned. Waiting for auction of computers. There are 2 objectionable claims that need to be resolved or objections filed. Then final fee apps and tax returns can be done. |
| 03/31/2016 | Attempting to sell real property in Elmira, NY (TLW) |

Initial Projected Date Of Final Report (TFR):   12/31/2017       Current Projected Date Of Final Report (TFR):   06/30/2018       /s/ LOWELL CAGE
                                                                                                                                  LOWELL CAGE

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33286-H2-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4662 | | Checking Acct #: | ******3286 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2015 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 5/9/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2015 | (1) | Kenneth W Gordon, Trustee | Funds turned over by former Trustee from debtor's operating account; Ck#30101 dated 06/19/15 rec'd via FedEx804148623804 | 1229-000 | $52,915.45 | | $52,915.45 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.28 | $52,896.17 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $85.31 | $52,810.86 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $85.17 | $52,725.69 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $82.30 | $52,643.39 |
| 10/02/2015 | 3001 | Stewart Title Insurance Co | Invoice No. 332839572 Lien/judgment search | 2990-000 | | $50.00 | $52,593.39 |
| 10/14/2015 | 3002 | International Sureties, Ltd | Bond payment; Bond No. 016067214 | 2300-000 | | $144.67 | $52,448.72 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $84.80 | $52,363.92 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $81.74 | $52,282.18 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $84.33 | $52,197.85 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $84.20 | $52,113.65 |
| 02/02/2016 | | Transfer From: #*******3286 | escrow acct no longer needed per LTC | 9999-000 | $94,383.79 | | $146,497.44 |
| 02/02/2016 | | Transfer From: #*******3286 | escrow acct no longer needed per LTC | 9999-000 | $9,021.08 | | $155,518.52 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $229.28 | $155,289.24 |
| 03/07/2016 | 3003 | GPOC, LLC | 03/03/16 139 Admin expense per Agreed Order | 2990-000 | | $12,500.00 | $142,789.24 |
| 03/14/2016 | 3004 | Cage, Hill & Niehaus L.L.P. | 03/14/16 141 attorney fees/expenses | * | | $41,239.34 | $101,549.90 |
| | | | $(40,184.75) | 3110-000 | | | $101,549.90 |
| | | | $(1,054.59) | 3120-000 | | | $101,549.90 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $208.99 | $101,340.91 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $158.18 | $101,182.73 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $163.20 | $101,019.53 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $157.68 | $100,861.85 |
| 07/25/2016 | 3005 | Family Life Assembly of God | 07/22/16 149 Per Order remittance of funds held which are not property of the estate | 8500-002 | | $10,000.00 | $90,861.85 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $162.68 | $90,699.17 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $162.42 | $90,536.75 |

SUBTOTALS   $156,320.32   $65,945.99

FORM 2                                              Page No: 2        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33286-H2-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4662 | Checking Acct #: | ******3286 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/9/2015 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 5/9/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/14/2016 | (11) | Webster's Auction Palace, Inc. | Order entered 07/29/16 (doc #152); auction proceeds; ck #5626 dated 09/6/16 received 09/12/16 | 1129-000 | $1,100.00 | | $91,636.75 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $142.76 | $91,493.99 |
| 10/11/2016 | 3006 | International Sureties, Ltd | Bond payment | 2300-000 | | $29.29 | $91,464.70 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $147.56 | $91,317.14 |
| 11/29/2016 | 3007 | Webster's Auction Palace | Auctioneer fees | 3610-000 | | $165.00 | $91,152.14 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $142.54 | $91,009.60 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $146.84 | $90,862.76 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $146.56 | $90,716.20 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $132.16 | $90,584.04 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $146.11 | $90,437.93 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $141.17 | $90,296.76 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $134.14 | $90,162.62 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $129.62 | $90,033.00 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $133.75 | $89,899.25 |
| 08/16/2017 | (23) | Court Record Research, Inc. | Subpoena appearance fee; LTC as custodian of records for JMH; ck #18620 dated 08/09/17 | 1290-000 | $40.00 | | $89,939.25 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $133.58 | $89,805.67 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $129.11 | $89,676.56 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $133.22 | $89,543.34 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $128.73 | $89,414.61 |
| 12/08/2017 | 3008 | International Sureties, Ltd | Bond Payment | 2300-000 | | $17.50 | $89,397.11 |
| 12/14/2017 | 3009 | Cage, Hill & Niehaus L.L.P. | 12/13/17 180 2nd & Final Attorney fees/expenses | * | | $12,029.24 | $77,367.87 |
| | | | $(11,507.75) | 3110-000 | | | $77,367.87 |
| | | | $(521.49) | 3120-000 | | | $77,367.87 |
| 12/14/2017 | 3010 | William G West, P.C., CPA | 12/01/17 178 Accountant fees/expenses | * | | $7,790.66 | $69,577.21 |
| | | | $(7,715.50) | 3410-000 | | | $69,577.21 |
| | | | $(75.16) | 3420-000 | | | $69,577.21 |

SUBTOTALS        $1,140.00     $29,890.20

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33286-H2-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4662 | | Checking Acct #: | ******3286 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2015 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 5/9/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $125.32 | $69,451.89 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $109.52 | $69,342.37 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $93.04 | $69,249.33 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.87 | $69,146.46 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.40 | $69,047.06 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.57 | $68,944.49 |
| 09/27/2018 | 3011 | Cage, Hill & Niehaus L.L.P. | Trustee Expenses | 2200-000 | | $271.61 | $68,672.88 |
| 09/27/2018 | 3012 | Cage, Hill & Niehaus L.L.P. | Trustee Compensation | 2100-000 | | $10,623.02 | $58,049.86 |
| 09/27/2018 | 3013 | Texas Workforce Commission | Final Distribution Claim #1 | 5800-000 | | $3,843.62 | $54,206.24 |
| 09/27/2018 | 3014 | Comerica Bank | Final Distribution Claim #3 | 7100-000 | | $12,376.69 | $41,829.55 |
| 09/27/2018 | 3015 | Westcor Land Title Insurance Co. | Final Distribution Claim #6 | 7100-000 | | $12,113.55 | $29,716.00 |
| 09/27/2018 | 3016 | Legacy Tech III Associates Limited Partnership | Final Distribution Claim #7 | 7100-000 | | $19,316.54 | $10,399.46 |
| 09/27/2018 | 3017 | FedEx Tech Connect, Inc. | Final Distribution Claim #8 | 7100-000 | | $3,513.87 | $6,885.59 |
| 09/27/2018 | 3018 | Pathway Forensics, LLC | Final Distribution Claim #9 | 7100-000 | | $556.32 | $6,329.27 |
| 09/27/2018 | 3019 | GPOC,LLC | Final Distribution Claim #10 | 7100-000 | | $6,329.27 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $69,577.21 |
|---|---|---|---|---|---|---|

| | | | | Page No: 4 | Exhibit 9 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-33286-H2-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4662 | Checking Acct #: | ******3286 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/9/2015 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 5/9/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $157,460.32 | $157,460.32 | $0.00 |
| | | | **Less: Bank transfers/CDs** | $103,404.87 | $0.00 | |
| | | | **Subtotal** | $54,055.45 | $157,460.32 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $54,055.45 | $157,460.32 | |

| For the period of 3/9/2015 to 5/9/2019 | | For the entire history of the account between 06/22/2015 to 5/9/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $54,055.45 | Total Compensable Receipts: | $54,055.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $54,055.45 | Total Comp/Non Comp Receipts: | $54,055.45 |
| Total Internal/Transfer Receipts: | $103,404.87 | Total Internal/Transfer Receipts: | $103,404.87 |
| | | | |
| Total Compensable Disbursements: | $147,460.32 | Total Compensable Disbursements: | $147,460.32 |
| Total Non-Compensable Disbursements: | $10,000.00 | Total Non-Compensable Disbursements: | $10,000.00 |
| Total Comp/Non Comp Disbursements: | $157,460.32 | Total Comp/Non Comp Disbursements: | $157,460.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-33286-H2-7 | | | Trustee Name: | Lowell Cage |
| --- | --- | --- | --- | --- | --- |
| Case Name: | JMC TITLE OF TEXAS, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4662 | | | Checking Acct #: | ******3286 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Capital One Escrow |
| For Period Beginning: | 3/9/2015 | | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 5/9/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2015 | (19) | Kenneth W. Gordon, Trustee | Funds turned over by former Trustee from debtor's Capital One escrow account; Ck#50101 dated 06/19/15 rec'd via FedEx 804148623804 | 1290-002 | $4,804,949.12 | | $4,804,949.12 |
| 07/21/2015 | 5001 | Cardinal Financial Company, LP | 07/21/15 106 Per Order authorizing remittance of funds not estate property | 8500-002 | | $4,613,189.89 | $191,759.23 |
| 07/27/2015 | 5002 | Jonathan & Ashley DaSilve | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $8.00 | $191,751.23 |
| 07/27/2015 | 5003 | John & Karin Schardein | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $9,463.39 | $182,287.84 |
| 07/27/2015 | 5004 | Craig & Sheryl Bowman | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $5,857.97 | $176,429.87 |
| 07/27/2015 | 5005 | Timothy & Anne Clarke | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $4,743.85 | $171,686.02 |
| 07/27/2015 | 5006 | Richard Hughes | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $8,848.50 | $162,837.52 |
| 07/27/2015 | 5007 | Naushad Dhanani | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $1,206.78 | $161,630.74 |
| 07/27/2015 | 5008 | Kedar Deshpande | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $295.25 | $161,335.49 |
| 07/27/2015 | 5009 | Kevin A. Dufour | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $4,169.19 | $157,166.30 |
| 07/27/2015 | 5010 | Jeramy & Erin Martin | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $3,680.73 | $153,485.57 |
| 07/27/2015 | 5011 | Tamer Nassar & Lobna Ismail | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $12,123.36 | $141,362.21 |
| 07/27/2015 | 5012 | Thomas A. Kiel | 07/21/15 106 Per Order authorizing remittance of escrow funds | 8500-002 | | $4,209.21 | $137,153.00 |
| 10/16/2015 | 5013 | Cardinal Financial Company, LP | Order entered 10/14/15 (doc #123); remittance of escrow funds | 8500-002 | | $128,131.92 | $9,021.08 |
| | | | | SUBTOTALS | $4,804,949.12 | $4,924,059.96 | |

Page No: 6    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-33286-H2-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4662 | | Checking Acct #: | ******3286 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Capital One Escrow |
| For Period Beginning: | 3/9/2015 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 5/9/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/04/2015 | 5009 | STOP PAYMENT: Kevin A. Dufour | 07/21/15 106 Per Order authorizing remittance of escrow funds; stale-dated check; will reissue once current address is received from Cardinal | 8500-004 | | ($4,169.19) | $13,190.27 |
| 11/04/2015 | 5011 | VOID: Tamer Nassar & Lobna Ismail | Check returned due to "vacant" address; stale-dated. Will reissue once current address is received from Cardinal | 8500-003 | | ($12,123.36) | $25,313.63 |
| 12/02/2015 | 5014 | Cardinal Financial Company | Order entered 11/30/15 (doc #129); remittance of funds paid for closings on Dufour and Nassar/Ismael | * | | $16,292.55 | $9,021.08 |
| | | | Dufour Closing ck #5009         $(4,169.19) | 8500-002 | | | $9,021.08 |
| | | | Nassar/Ismael closing ck #5011  $(12,123.36) | 8500-002 | | | $9,021.08 |
| 02/02/2016 | | Transfer To: #*******3286 | escrow acct no longer needed per LTC | 9999-000 | | $9,021.08 | $0.00 |
| | | | **TOTALS:** | | $4,804,949.12 | $4,804,949.12 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $9,021.08 | |
| | | | Subtotal | | $4,804,949.12 | $4,795,928.04 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,804,949.12 | $4,795,928.04 | |

| For the period of 3/9/2015 to 5/9/2019 | | For the entire history of the account between 06/22/2015 to 5/9/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $4,804,949.12 | Total Non-Compensable Receipts: | $4,804,949.12 |
| Total Comp/Non Comp Receipts: | $4,804,949.12 | Total Comp/Non Comp Receipts: | $4,804,949.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | ($16,292.55) | Total Compensable Disbursements: | ($16,292.55) |
| Total Non-Compensable Disbursements: | $4,812,220.59 | Total Non-Compensable Disbursements: | $4,812,220.59 |
| Total Comp/Non Comp Disbursements: | $4,795,928.04 | Total Comp/Non Comp Disbursements: | $4,795,928.04 |
| Total Internal/Transfer Disbursements: | $9,021.08 | Total Internal/Transfer Disbursements: | $9,021.08 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33286-H2-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4662 | | Checking Acct #: | ******3286 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Comerica Escrow |
| For Period Beginning: | 3/9/2015 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 5/9/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2015 | | Kenneth W. Gordon, Trustee | Funds turned over by former Trustee from debtor's Comerica escrow account; Ck#40102 dated 06/19/15 rec'd via FedEx804148623804 | * | $94,383.79 | | $94,383.79 |
| | {20} | | $93,404.87 | 1290-000 | | | $94,383.79 |
| | {20} | | $978.92 | 1290-002 | | | $94,383.79 |
| 02/02/2016 | | Transfer To: #*******3286 | escrow acct no longer needed per LTC | 9999-000 | | $94,383.79 | $0.00 |
| | | | **TOTALS:** | | $94,383.79 | $94,383.79 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $94,383.79 | |
| | | | **Subtotal** | | $94,383.79 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $94,383.79 | $0.00 | |

| For the period of 3/9/2015 to 5/9/2019 | | For the entire history of the account between 06/22/2015 to 5/9/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $93,404.87 | Total Compensable Receipts: | $93,404.87 |
| Total Non-Compensable Receipts: | $978.92 | Total Non-Compensable Receipts: | $978.92 |
| Total Comp/Non Comp Receipts: | $94,383.79 | Total Comp/Non Comp Receipts: | $94,383.79 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $94,383.79 | Total Internal/Transfer Disbursements: | $94,383.79 |

Page No: 8     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-33286-H2-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | JMC TITLE OF TEXAS, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4662 | Checking Acct #: | ******3286 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Comerica Escrow |
| For Period Beginning: | 3/9/2015 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 5/9/2019 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $4,953,388.36 | $4,953,388.36 | $0.00 |

|  | For the period of 3/9/2015 to 5/9/2019 |  |  | For the entire history of the case between 03/09/2015 to 5/9/2019 |  |
|---|---|---|---|---|---|
|  | Total Compensable Receipts: | $147,460.32 |  | Total Compensable Receipts: | $147,460.32 |
|  | Total Non-Compensable Receipts: | $4,805,928.04 |  | Total Non-Compensable Receipts: | $4,805,928.04 |
|  | Total Comp/Non Comp Receipts: | $4,953,388.36 |  | Total Comp/Non Comp Receipts: | $4,953,388.36 |
|  | Total Internal/Transfer Receipts: | $103,404.87 |  | Total Internal/Transfer Receipts: | $103,404.87 |
|  |  |  |  |  |  |
|  | Total Compensable Disbursements: | $131,167.77 |  | Total Compensable Disbursements: | $131,167.77 |
|  | Total Non-Compensable Disbursements: | $4,822,220.59 |  | Total Non-Compensable Disbursements: | $4,822,220.59 |
|  | Total Comp/Non Comp  Disbursements: | $4,953,388.36 |  | Total Comp/Non Comp  Disbursements: | $4,953,388.36 |
|  | Total Internal/Transfer  Disbursements: | $103,404.87 |  | Total Internal/Transfer  Disbursements: | $103,404.87 |

/s/ LOWELL CAGE

LOWELL CAGE